UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDIWALI AWALE<br>A 077-602-498 | )<br>)<br>) | |
| Plaintiff, | ) | No. 08 C 693 |
| v. | ) | Judge James B. Zagel |
| | ) | |
| RUTH A. DOROCHOFF, District<br>Director of the USCIS,<br>Department of Homeland<br>Security, *et al.*, | )<br>)<br>)<br>) | |
| | ) | |
| Defendants | ) | |

## MOTION TO DISMISS

Plaintiff, by his undersigned attorney, moves for dismissal of his complaint since all issues have been resolved and Mr. Awale is scheduled for naturalization oath ceremony on May 21, 2008.

WHEREFORE, the Plaintiff prays that this matter be dismissed.

                                                                                                  Respectfully submitted,

                                                                                                   MARK S. DAVIDSON
                                                                                                   Attorney for Plaintiff

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

**CERTIFICATE OF SERVICE**

I, Mark S. Davidson, hereby certify that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the above attached Motion to Dismiss (No. 08 C 693) was served on May 16, 2008 pursuant to the district court's ECF system to the following ECF filer:

Samuel S. Miller
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois, 60604

By: s/Mark S. Davidson

MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000