UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDIWALI AWALE<br>A 077-602-498 | )<br>)<br>) | |
| Plaintiff, | ) | No. 08 C 693 |
| v. | ) | Judge James B. Zagel |
| | ) | |
| RUTH A. DOROCHOFF, District<br>Director of the USCIS,<br>Department of Homeland<br>Security, *et al.*, | )<br>)<br>)<br>)<br>) | |
| Defendants | ) | |

## NOTICE OF ROUTINE MOTION

TO:

    Samuel S. Miller
    Assistant U.S. Attorney
    219 S. Dearborn St.
    Chicago, IL 60604

On May 22, 2008 at 10.15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Castillo in Courtroom 2503 at the United States District Court Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, IL and present Plaintiff's **Motion to Dismiss Complaint for Mandamus.**

By: s/Mark S. Davidson
MARK S. DAVIDSON
Davidson & Schiller, LLC
One North LaSalle Street, Suite 2400
Chicago, Illinois 60602
Telephone: (312) 499-9000

**PROOF OF SERVICE**

I, Mark S. Davidson, appearing on behalf of Plaintiff, certify that on May 16, 2008, I served a copy of this above captioned motion to dismiss to the following ECF filer pursuant to the district court's ECF system:

Samuel S. Miller
Assistant U.S. Attorney
219 S. Dearborn St.
Chicago, IL 60604

                                                  By: s/Mark S. Davidson
                                                  Mark S. Davidson
                                                  Davidson & Schiller, LLC
                                                  One North LaSalle Street, Suite 2400
                                                  Chicago, Illinois 60602
                                                  Telephone: (312) 499-9000